DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

5 MARCH 2015

| 082P15 | In the Matter of A.E.C. | 1. Petitioner's Motion for Temporary Stay (COA14-854) | 1. Allowed **02/25/2015** |
| | | 2. Petitioner's Petition for *Writ of Supersedeas* | 2. |
| | | 3. Petitioner's PDR Under N.C.G.S. § 7A-31 | 3. |
| | | 4. Petitioner's Motion to Deem PDR Timely filed | 4. |
| 105P14 | Donna G. Clements, by and through her Guardian of the Estate, Kimberly Batten v. Robert S. Clements et al. | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA13-596) | 1. Denied |
| | | 2. Plt's Motion to Amend Certificate of Service for PDR | 2. Dismissed as moot |
| | | 3. Defs' (Alexandra Lee Clements Irrevocable Trust and the Kyle Davis Clements Irrevocable Trust by and through Their Trustee, Michael Green, and Intervenors Alexandra Lee Clements and Kyle Davis Clements, a Minor, by and through his Guardian *Ad Litem*, Charles Meier) Conditional PDR Under N.C.G.S. § 7A-31 | 3. Dismissed as moot |
| 111P14-2 | Judy Knox v. University of North Carolina at Charlotte | Petitioner's *Pro Se* Motion for Notice of Appeal Based on Dissent in Court of Appeals (COA14-229) | Dismissed as moot |
| 115PA14 | Millie E. Hershner v. N.C. Department of Administration and the N.C. Human Relations Commission | Def's Motion to Withdraw PDR | Allowed **02/09/2015** **Ervin, J., recused** |
| 128P14-2 | State v. Michael Edward Brooks | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COAP13-33) | Dismissed |
| 130P14 | State v. Michael Anthony Shannon | Def's PWC to Review Decision of COA (COA13-214) | Denied |
| 172P11-4 | State v. Kelvin Errol Smith | Def's *Pro Se* PWC to Review Order of Superior Court of Buncombe County | Dismissed |
| 189P14 | State v. Lateisha Maria Jandreau | Def's PDR Under N.C.G.S. § 7A-31 (COA13-735) | Denied **Ervin, J., recused** |